1  **ROGER T. NUTTALL, #42500**
   **NUTTALL & COLEMAN**
2  2445 CAPITOL STREET, SUITE 150
   FRESNO, CA 93721
3  PHONE (559) 233-2900
   FAX (559) 485-3852
4

5  ATTORNEYS FOR Defendant, LEON MARK MORAN II



FILED

JUN 1 0 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

6

7

8                  **UNITED STATES DISTRICT COURT**

9                  **EASTERN DISTRICT OF CALIFORNIA**

10                 **\* \* \* \* \* \* \* \* \***

11 **UNITED STATES OF AMERICA,**          **Case No.:  1:13-MJ-00081-BAM**

12          **Plaintiff,**
                                          **EX PARTE APPLICATION FOR**
13     **vs.**                            **RETURN OF PASSPORTS AND ORDER**

14 **LEON MARK MORAN II,**

15          **Defendant.**

16     Defendant, LEON MARK MORAN II, through counsel, Roger T.

17 Nuttall, Nuttall & Coleman, hereby moves this Honorable Court for

18 an order returning the passports of Gianna Amor Moran, Passport

19 No. 479788818, and Olga Alicia Garcia, Passport No. 445634845.

20     On April 11, 2013, a Detention Hearing was held before this

21 Honorable Court, and Defendant, LEON MARK MORAN II, was ordered

22 released on a $50,000 unsecured bond with the condition that

23 Defendant MORAN's passport, as well as his wife's and daughter's

24 passports, be surrendered.  All three passports were surrendered

25 on April 11, 2013.  A hearing date of May 9, 2013, was set for

26 Mr. MORAN's appearance in the United States District Court,

27 Western District of Oklahoma.

28 ///

1       On May 7, 2013, Defendant MORAN appeared for his hearing in

2  the Western District of Oklahoma (Case No. CR-13-63-F).

3  Defendant MORAN was ordered released on an unsecured bond of

4  $10,000 with numerous conditions of release. There were

5  specific conditions concerning his passport only. Specifically,

6  he must surrender his passport to the U.S. Probation Office and

7  not obtain a passport or other international travel document.

8  Attached hereto as Exhibit "A" is a copy of the Western District

9  of Oklahoma's Order Setting Conditions of Release. Also attached

10  hereto as Exhibit "B" is a copy of the Appearance Bond.

11       As Defendant MORAN's family's passports were not required to

12  be surrendered by the Western District of Oklahoma Court, it is

13  respectfully requested that Gianna Amor Moran's passport (Number

14  479788818) and Olga Alicia Garcia's passport (Number 445634845)

15  be returned to them.

16      Dated:  June 6, 2013. -     Respectfully submitted,

17                              NUTTALL & COLEMAN

18

19                              By /s/ ROGER T. NUTTALL
                                   ROGER T. NUTTALL

20

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1                             **ORDER**

2     Good cause appearing therefor,

3     **IT IS HEREBY ORDERED** that Gianna Amor Moran's passport

4 (Number 479788818) and Olga Alicia Garcia's passport (Number

5 445634845) be returned to them forthwith.

6       DATED:    June 10       , 2013.

7

8                                       _____

                                      BARBARA A. McAULIFFE

9                                       UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Page __1__ of __3__ pages

# UNITED STATES DISTRICT COURT
## ·WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA )
)
)
VS. )
) Case Number: ____CR-13-63-F____
)
)
)
LEON MARK MORAN, II )
)
Defendant )
)

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

LMM ( × ) (1)   The defendant must not violate any federal, state or local law while on release.

LMM ( × ) (2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. sec 14135a

LMM ( × ) (3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change or residence or telephone number.

LMM ( × ) (4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
*Place*

_____   on   _____
*Date and Time*

If blank, defendant will be notified of next appearance.

( × ) (5)   The defendant must sign an Appearance Bond, if ordered.

# EXHIBIT A

Case 5:13-cr-00063-F   Document 240   Filed 05/07/13   Page 2 of 3

Page __2__ of __3__ pages

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

(   ) (6) The defendant is placed in the custody of:

Person or organization _____

Address *(only if above is an organization)* _____

City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____

Custodian           Date

(   ) (7) The defendant must:

( ✖ ) (a) submit to supervision by and report for supervision to: Dan Stark in the ED/CA
telephone number (559) 499-5784 _____, no later than Noon the following business day.

(   ) (b) continue or actively seek employment.

(   ) (c) continue or start an education program.

( ✖ ) (d) surrender any passport to: the U.S. Probation Office, Western District of Oklahoma no later than noon the following business day.

( ✖ ) (e) not obtain a passport or other international travel document.

( ✖ ) (f) abide by the following restrictions on personal association, residence, or travel: Travel restricted to the Western District of Oklahoma and the Eastern District of California for court purposes unless pre-approved by USPO.

(   ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____

(   ) (h) get medical or psychiatric treatment: as directed by USPO. _____

(   ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

(   ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

( ✖ ) (k) not possess a firearm, destructive device, or other weapon.

(   ) (l) not use alcohol (   ) at all (   ) excessively.

(   ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

(   ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

(   ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

(   ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.

     (   ) (i) Curfew. You are restricted to your residence every day (   ) from _____ to _____ , or (   ) as directed by the pretrial services office or supervising officer; or

     (   ) (ii) Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or

     (   ) (iii) Home Incarceration. You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.

(   ) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.

     (   ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.

( ✖ ) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

(   ) (s) _____

(   ) (t) _____

(   ) (u) _____

Page __3__ of __3__ pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more- you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years- you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony - you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor - you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

### Directions to the United States Marshal

(   )   The defendant is ORDERED released after processing.

(   )   The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Tuesday, May 7, 2013
_____
Date

_____
Judicial Officer's Signature

SHON T. ERWIN, UNITED STATES MAGISTRATE JUDGE
_____
Printed name and title

1012-SR          DISTRIBUTION:    COURT   DEFENDANT   PRETRIAL- SERVICES   U.S. ATTORNEY   U.S. MARSHAL

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA )
)
)
VS. )
)
) **Case Number: CR-13-63-F**
)
)
LEON MARK MORAN, II )
Defendant )
)

### APPEARANCE BOND

I, _____ LEON MARK MORAN, II _____ *(defendant)* , agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )   to appear for court proceedings;
( X )   if convicted, to surrender to serve a sentence that the court may impose; or
LMM ( **✗** )   to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( )(1)   This is a personal recognizance bond.

LMM ( **✗** )(2)   This is an unsecured bond of $ 10,000 _____ .

( )(3)   This is a secured bond of $ _____ , secured by:

( )(a) $ _____ , in cash deposited with the court.

( )(b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

( )(c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

1013-5H


EXHIBIT B

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;

    (2)    the property is not subject to claims, except as described above; and

    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.) Date:    05/07/2013

*Defendant's signature*

---

*Surety/property owner– printed name*

*Surety/property owner– signature and date*

---

*Surety/property owner– printed name*

*Surety/property owner– signature and date*

---

*Surety/property owner– printed name*

*Surety/property owner– signature and date*

Date:  5/7/13

Approved.
Date:  5/7/13

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

*Judge's signature*